US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 2 0 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT DEON HUFF                                                    PLAINTIFF

VS.                            CASE NO. 16-5083

REGIS CORP/REGIS SALON                                          DEFENDANT

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, defendant Regis Corporation d/b/a Regis Salon, incorrectly identified as Regis Corp/Regis Salon, ("Regis") gives notice of the removal of this action from the Circuit Court of Washington County, Arkansas, to the United States District Court for the Western District of Arkansas, Fayetteville Division. Removal jurisdiction based upon federal question, 28 U.S.C. § 1331, and diversity of citizenship, *id.* § 1332, is demonstrated by the following:

1.     This case was filed on March 23, 2016, in the Circuit Court of Washington County, Arkansas, as civil action number 72CV-16-608-4.

2.     This Notice of Removal is filed within thirty (30) days of the first delivery of a summons and complaint. A copy of the complaint and exhibits to the complaint are attached to this notice as Exhibit "A." The remaining documents filed in state court are attached as Exhibit "B."

3.     This case is removed pursuant to 28 U.S.C. § 1441(a). Jurisdiction in the United States District Court for the Western District of Arkansas is based on 28 U.S.C. §§ 1331 and 1332.

1

1304668-v1

4.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because this action purports to arise under the laws of the United States of America, specifically the Age Discrimination in Employment Act (ADEA) and Title VII of the Civil Rights Act.

5.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1332 because this action is between citizens of different states and the matter in controversy exceeds $75,000.00.  Plaintiff is a resident of Washington County, Arkansas. Regis is a Minnesota corporation with its principal place of business in Hennepin County, Minnesota.

6.      The United States District Court for the Western District of Arkansas, Fayetteville Division, embraces the county in which the state court action is now pending.  *See* 28 U.S.C. § 83.  This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

7.      Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.  In accordance with 28 U.S.C. § 1446(d), Regis will file a file-marked copy of this notice of removal with the Circuit Clerk of Washington County, Arkansas.

WHEREFORE, defendant Regis Corporation d/b/a Regis Salon removes this action from the Circuit Court of Washington County, Arkansas to the United States District Court for the Western District of Arkansas, Fayetteville Division, and seeks resolution by this Court of all issues raised herein.

2

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Tel:  (501) 371-0808
Fax: (501) 376-9442
Email:  nesmaeilpour@wlj.com


By: _____
     Michelle M. Kaemmerling (2001227)
     Neemah A. Esmaeilpour (2012229)
     *Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on April **19**, 2016, I served a copy of the foregoing via

U.S. Mail on the following:

Robert Deon Huff
1427 Harold Street
Fayetteville, Arkansas 72703


_____
Neemah A. Esmaeilpour

3

1304668-v1